■ PAUL OUIMET, Appellant, v HARRY KISER Doing Business as RAK ESSO SERVICE STATION, Respondent. (Appeal No. 2.)—Judgment unanimously reversed, on the law and facts, and a new trial granted, with costs to abide the event, Simons, J., not participating. Same memorandum as in *Ouimet v Humble Oil & Refining Co.* (55 AD2d 855). (Appeal from judgment of Onondaga Supreme Court—negligence.) Present—Moule, J. P., Simons, Dillon, Goldman and Witmer, JJ.

■ MANUFACTURERS & TRADERS TRUST Co., Plaintiff, v CHARLES H. LUECK, JR., et al., Defendants, and H. C. KELLER Co., INC., Appellant; JOHN L. WIEGAND, Respondent.—Appeal unanimously dismissed, without costs, upon stipulation. (Appeal from order of Niagara Supreme Court—surplus money proceeding.) Present—Moule, J. P., Cardamone, Simons, Dillon and Witmer, JJ.